## **INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

Exhibit A     Complaint

Exhibit B     Summons to FCA US

Exhibit C     Summons to VM North America, Inc.

Exhibit D     Summons to Robert Bosch, LLC

Exhibit E     MDL Second Amended Consolidated Consumer Class Action Complaint